NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HUGH OSCAR KUNSELMAN, )
)
   Appellant, )
)
v. )   Case No. 2D18-691
)
STATE OF FLORIDA, )
)
   Appellee. )
_____)

Opinion filed June 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Charlotte County; Lisa S. Porter,
Judge.

PER CURIAM.

   Affirmed.

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.